Ernest Daniel WELLS, Sometimes Styled Ernest D. Wells, Appellant, v. Horace G. BASS, Trustee in Bankruptcy of the Estate of E. D. WELLS, Bankrupt, Appellee.

No. 3372.

Circuit Court of Appeals, Fourth Circuit.

Oct. 4, 1932.

Harris, Harvey & Brown, of Danville, Va., for appellant.

Kushner & Kushner and Marvin I. Walton, all of Danville, Va., for appellee.

PER CURIAM.

Case dismissed under Rule 20 per agreement of counsel.

WESTERLIN & CAMPBELL CO. v. Fred A. CHAPMAN, Michigan Artificial Ice Products Company and Michigan Ice & Cold Storage Company.

No. 5989.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1932.

Leland K. Neeves, of Chicago, Ill., for appellant.

Geo. E. Nichols, of Ionia, Mich., for appellees.

PER CURIAM.

Judgment of District Court (1 F. Supp. 741) affirmed.

Thomas W. WHITE, Collector, Defendant, Appellant, v. Walter C. LEWIS, Plaintiff, Appellee.

No. 2708.

Circuit Court of Appeals, First Circuit.

Oct. 21, 1932.

For opinion below, see 56 F.(2d) 390.

J. Duke Smith, Sp. Asst. to U. S. Atty., of Boston, Mass. (Frederick H. Tarr, U. S. Atty., of Boston, Mass., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and T. H. Lewis, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for appellant.

George S. Fuller of Boston, Mass. (Burnham, Bingham, Gould & Murphy, of Boston, Mass., on the brief), for appellee.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

It is ordered that this appeal be, and the same hereby is, dismissed.